1  JL....... ....... ARLEDGE
   **Nevada Bar No. 008729**
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  300 South Fourth St., 11ᵗʰ Floor
   Las Vegas, NV  89101
4  PHONE (702) 727-1400
   FAX (702) 727-1401
5  **Jennifer.Arledge@wilsonelser.com**

6  **CHAD J. LAYTON (Admitted Pro Hac Vice)**
   **MITCHELL P. MORINEC**
7  **SEGAL McCAMBRIDGE SINGER**
   **& MAHONEY, LTD.**
8  Willis Tower
   233 South Wacker Drive, Suite 5500
9  Chicago, IL  60606
   PHONE (312) 644-3533
10 **CLayton@SMSM.com**
   **MMorinec@SMSM.com**
11
   *Attorneys for Defendant I-Flow Corporation*
12

13                 UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
14

15 REBECCA and CHARLES GRAHAM,              )   Case No. 2:09-cv-00531-KJD-RJJ
   On behalf of Minor Child, JUSTIN GRAHAM, )
16                                           )
                                             )
17              Plaintiffs,                  )
                                             )
18 v.                                        )
                                             )
19 I-FLOW CORPORATION, HOSPIRA              )
   WORLDWIDE, INC., APP PHARMACEUTICALS,)
20 LLC, and ABBOT LABORATORIES, INC.,       )
                                             )
21              Defendants.                  )
   ——————————————————————————————————)

22      **STIPULATION AND ORDER TO EXTEND TIME**
23        **TO RESPOND AND REPLY TO MOTIONS**

24                   **(First Request)**

25      IT IS HEREBY STIPULATED AND AGREED by and between the parties that the parties'

26 deadlines for filing Responses and Replies to the motions identified below, all of which were filed

27 on February 25, 2011, are extended as follows:

28

219000.1

1. Plaintiff's Response to Defendant's Motion for Protective Order Barring Treating Physicians from Testifying Regarding General or Specific Causation filed on February 25, 2011 (Doc. No. 89) is extended to and including March 25, 2011, and that Defendant shall have to and including April 22, 2011 to file a Reply;

2. Plaintiff's Response to Defendant's Motion in Limine To Exclude Opinions of Dr. Peggy Pence, PH.D., RAC Under Fed. R. Evid. 702 filed on February 25, 2011 (Doc. No. 90) is extended to and including March 25, 2011, and that Defendant shall have to and including April 22, 2011 to file a Reply;

3. Plaintiff's Response to Defendant's Motion in Limine To Exclude Causation Opinions of Drs. Samer Hasan, Stephen Badlyak, Peter Millet, and Martin Wells Under Fed. R. Evid. 702 filed on February 25, 2011 (Doc. No. 91) is extended to and including March 25, 2011, and that Defendant shall have to and including April 22, 2011 to file a Reply;

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the parties that the parties' deadlines for filing Responses and Replies to Plaintiffs' Motion to Strike Certain Opinions of Wayne Z. Burkhead, Jr., M.D. and Timothy J. Budacki, MS, CPSM on February 25, 2011 (Doc. No. 84) are extended as follows:

1. I-Flow's Response shall be due on April 4, 2011; and

///
///
///
///
///
///

2

219000.1

2.  Plaintiffs' reply shall be due on April 25, 2011.

The reasons for said extensions are that the parties agree that the above-referenced motions involve complex issues that require additional time to properly and fully brief.  The extensions pertaining to Plaintiffs' Motion to Strike Certain Opinions of Wayne Z. Burkhead, Jr., M.D. and Timothy J. Budacki, MS, CPSM resolve the pending Defendant I-Flow Corporation's Agreed Motion for Extension of Time to Respond to Plaintiffs' Motion to Strike Certain Opinions of Wayne Z. Burkhead, Jr., M.D. and Timothy J. Budacki, MS, CPSM, which was filed on March 14, 2011 (Doc. No. 97).

DATED this 15th day of March, 2011.


By: _per authority Jennifer W Arledge_          By _Jennifer W. Arledge_
Peter C. Wetherall, Esq.                         Jennifer Willis Arledge, Esq.
WHITE & WETHERALL, LLP                            Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
9345 West Sunset Road, Ste. 100                  300 South Fourth Street, 11th Floor
Las Vegas, NV 89148                              Las Vegas, NV 89101
702-838-8500                                     702-727-1400
*Attorney for Plaintiffs*                         *Attorney for Defendant I-Flow Corporation*



IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED:   3/21/11

3

219000.1