UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

REBECCA and CHARLES GRAHAM  )
On behalf of Minor Child,   )
JUSTINE GRAHAM,             )
                            )
    Plaintiff,          )    2:09-cv-531-KJD-RJJ
                            )
vs.                         )
                            )
I-FLOW CORPORATION,         )    O R D E R
                            )
    Defendant,          )
_____)

This matter is before the Court on Defendants' Motion to Continue Hearing On Plaintiff's Motion to Compel (#108).

The Court having reviewed the Motion (#108) and having been advised by counsel that all parties agree to a continuance of the scheduled hearing and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Continue Hearing On Plaintiff's Motion to Compel (#108) is GRANTED.

IT IS FURTHER ORDERED that the hearing scheduled for March 31, 2011, is VACATED AND RESCHEDULED to April 14, 2011, at 10:30 AM.

DATED this   25th   day of March, 2011.

                                                  ROBERT J. JOHNSTON
                                                  United States Magistrate Judge